**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

FRANCIS G. GRAHAM,                        :    No. 116 WAL 2019
                                          :
                    Petitioner            :
                                          :    Petition for Allowance of Appeal from
                                          :    the Order of the Superior Court
          v.                              :
                                          :
                                          :
LARRY CHECK,                              :
                                          :
                    Respondent            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2019, the Petition for Allowance of Appeal

is **GRANTED**.  The issue, condensed and rephrased for clarity, is:

> When the Superior Court affirmed the trial court's jury instruction concerning
> the sudden emergency doctrine, did the court erroneously relieve the
> defendant motorist of his legal duty to a visible pedestrian in a crosswalk?